AO 442 (Rev. 01/09) Arrest Warrant

FIO# 8610750

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

WINSTON KELLY

*Defendant*

Case: 1:21-mj-00001
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/1/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WINSTON KELLY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

U.S. MARSHAL-DC AM11:3
RECEIVED JAN 4 '21

Date: 01/01/2021

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-4-21, and the person was arrested on *(date)* 1-4-21
at *(city and state)* WDC.

Date: 1-5-21

*Arresting officer's signature*

COREY WILLIAMS
*Printed name and title*